Submitted on briefs September 11, reversed September 26, 1974

MILLER ET UX, *Appellants, v.* DEPARTMENT
OF REVENUE, *Respondent.*

526 P2d 543

Morris J. Galen, of Tonkon, Galen & Baker, Port-
land, for appellants.

Lee Johnson, Attorney General, and Walter J. Ap-
ley, Assistant Attorney General, Salem, for respondent.

Before O'CONNELL, Chief Justice, and McALLISTER,
HOLMAN, TONGUE, HOWELL, and SLOPER, Justices.

HOWELL, J.

This is a tax case in which the plaintiffs seek
to carry back a net operating loss suffered in 1969 as
a deduction to their 1967 income taxes and to carry
back a loss suffered in 1970 as a deduction to their 1968
taxes. The Department of Revenue denied the deduc-
tion, and the Oregon Tax Court affirmed. 5 OTR 397
(1974).

This case is controlled by our decision in *Christian
v. Department of Revenue,* 269 Or 469, 526 P2d 538
(1974).

Reversed.